DETROIT EDISON COMPANY v STENMAN, No. 152418; reported below: 311 Mich App 367.